IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Little America Hotels & Resorts Incorporated,<br><br>　　　　　Defendant. | No. CV-21-00162-PHX-SPL<br><br>**ORDER** |

　　　　Plaintiff filed this action in Maricopa County Superior Court on January 5, 2021 (Doc. 1-3), alleging violations of the Americans with Disabilities Act and Arizonans with Disabilities Act (Count One), as well as Negligence and Negligence Per Se (Count Two). Defendant then removed this action to federal court on January 29, 2021 (Doc. 1)

　　　　On January 6, 2021, the Court in *Strojnik v. Driftwood Hosp. Mgmt. LLC* issued an order declaring Plaintiff a vexatious litigant. No. 2:20-cv-01434-DJH, 2021 WL 50456, *11 (D. Ariz. 2021). The Order requires that "within 21 days after an action is removed from state court to United States District Court for the District of Arizona alleging violations of the Americans with Disabilities Act . . . Mr. Strojnik shall post a bond for $10,000." *Id*. The Order further provides that "[i]f after 21 days, Mr. Strojnik fails to post the bond, the Court will dismiss the case for failure to comply with this Order." *Id*.

　　　　Pursuant to the Court's January 6, 2021 Order, Plaintiff must post a $10,000 bond for this action by February 19, 2021. Thereafter, this Court "will automatically screen the complaint to determine whether it demonstrates standing and meets federal pleading

requirements," and "[i]f the Court determines that Mr. Strojnik fails to demonstrate standing or otherwise meet federal pleading requirements, it shall dismiss the case." *Id*.

Accordingly,

**IT IS ORDERED** that Plaintiff shall post a bond for $10,000 for this action by **February 19, 2021**.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to post a bond for $10,000 for this action by **February 19, 2021**, the Clerk or Court shall dismiss this case without further notice.

**IT IS FURTHER ORDERED** that no party shall file any further pleadings or motions in this action until after the Court screens the complaint.

Dated this 1st day of February, 2021.

Honorable Steven P. Logan
United States District Judge